# Court of Appeals
# of the State of Georgia

ATLANTA,  September 23, 2021

*The Court of Appeals hereby passes the following order:*

## A22A0224. KAREN BRIGHT v. LOCAL MECHANICAL NETWORKING, INC.

On May 12, 2021, the trial court issued an order granting the motion for summary judgment filed by defendant Local Mechanical Networking, Inc. On June 14, 2021, plaintiff Karen Bright filed a notice of appeal of the trial court's order.

We lack jurisdiction because this appeal is untimely. A notice of appeal must be filed within 30 days after the entry of the trial court's order. OCGA § 5-6-38 (a). "The proper and timely filing of the notice of appeal is an *absolute requirement* to confer jurisdiction upon the appellate court." *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995) (emphasis in original). Here, Bright filed her notice of appeal 33 days after the trial court's order was entered. Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  09/23/2021*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*